IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-96-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| ROBERT ANTHONY HOUSE, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 46). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on January 24, 2020;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18

1

U.S.C. § 2253;

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Taurus, model PT738 TCP, .380 ACP caliber semi-automatic pistol (S/N: 4349ID)
- Six (6) rounds of .380 ACP caliber ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this ___6th___ day of May, 2020.

_____
SUSAN P. WATTERS
United States District Court Judge