IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>ROBERT ANTHONY HOUSE,<br><br>Defendant/Movant. | CR 19-96-BLG-SPW<br><br>**ORDER RESETTING SENTENCING** |

Before the Court is Plaintiff United States of America's Motion for Preliminary Ruling on PSR Objection or, in the alternative, Motion to Continue, filed July 7, 2022. (Doc. 80). Defendant Robert Anthony House objected to the United States' request for a preliminary ruling on July 12, 2022, but did not object to continuing sentencing. (Doc. 81).

The Court deems the United States' request for a preliminary ruling well-taken, overrules Defendant's objection to said request, and shall rule on the merits of the United States' motion once the parties have had their opportunity to file a response and reply brief, if they so choose. In accordance with L.R. 7.1(d), Defendant shall file his response to United States' motion on or before July 21, 2022. The United States shall file their reply on or before August 4, 2022.

1

Further, **IT IS HEREBY ORDERED** that the sentencing hearing set for **July 28, 2022**, is **VACATED**.

**IT IS ADDITIONALLY ORDERED** that the sentencing hearing is reset for **Thursday, August 25, 2022, at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 12th day of July, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge