# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ANTHONY HOUSE,<br><br>Defendant. | Case No. CR-19-96-BLG-SPW<br><br>AMENDED ORDER ALLOWING DEFENDANT TO APPEAR VIA TELEPHONE FOR RE-SENTENCING HEARING |

UPON MOTION of counsel for Defendant, Robert Anthony House, to appear telephonically for the scheduled re-sentencing hearing on August 25, 2022, at 10:30 a.m., and for good cause shown,

IT IS HEREBY ORDERED that defendant, Robert Anthony House, be allowed to appear telephonically from FCI Sheridan, Sheridan, Oregon, for the re-sentencing hearing.

**IT IS FURTHER ORDERED** that counsel for Defendant is responsible for making the arrangements with FCI Sheridan for Defendant to appear telephonically via the Zoom Audio Line:

- A. Dial: 1-669-254-5252
- B. When Prompted: Enter Meeting ID 161 4746 6922
- C. Press: # #

Once counsel has a contact person at FCI Sheridan, counsel is responsible for promptly providing that information to Michael Cuthbert (406) 247-2322 in IT so that a test call can be performed prior to the hearing.

The Clerk of Court is to notify counsel of the making of this Order.

DATED this 8th day of August, 2022.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE