IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-96-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT ANTHONY HOUSE, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Wednesday, January 3, 2024 at 2:30 p.m. is **VACATED** and **RESET** for **Thursday, January 4, 2024** at **1:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of December, 2023.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE